1460

2007–2432.  State v. McShepard.
Lorain App. No. 07CA009118, 2007-Ohio-6006.

2007–2434.  State v. Slagle.
Montgomery App. No. 22364.

2007–2435.  State ex rel. Ridge Club v. Amberley Village.
Hamilton App. No. C–070012, 2007-Ohio-6089.
  Lundberg Stratton, J., dissents.

2007–2436.  Cooper v. Meijer Stores Ltd. Partnership.
Franklin App. No. 07AP–201, 2007-Ohio-6086.

2007–2437.  State v. Foster.
Franklin App. No. 07AP–419, 2007-Ohio-6279.

2007–2439.  State v. Aguilar.
Defiance App. No. 4–07–15, 2007-Ohio-6017.

2007–2444.  Basie v. Mt. Sinai Med. Ctr.
Cuyahoga App. No. 89852, 2007-Ohio-6060.
  Cupp, J., dissents.

2007–2445.  State v. Constable.
Clermont App. No. CA2006–12–107, 2007-Ohio-6570.

2007–2446.  State v. Marshall.
Lawrence App. No. 06CA23, 2007-Ohio-6298.

2007–2447.  State v. Belcher.
Cuyahoga App. No. 89254, 2007-Ohio-6317.

2007–2448.  Rose v. Ohio Dept. of Rehab. & Corr.
Franklin App. No. 07AP–472, 173 Ohio App.3d 767, 2007-Ohio-6184. Discretionary appeal not accepted. Motion for stay of jurisdictional consideration denied.

2007–2449.  State v. Haynes
Franklin App. No. 07AP–508, 2007-Ohio-6540.

2007–2451.  State v. Blacker.
Guernsey App. No. 07 CA 3, 2007-Ohio-6103.

2007–2452.  State v. Caudill.
Ashland App. No. 06 COA 42, 2007-Ohio-6175.
  Lundberg Stratton, J., dissents.
  Lanzinger, J., dissents and would accept the appeal on Proposition of Law Nos. I and II.

2007–2453.  Shooter v. Perella.
Lucas App. No. L–07–1066, 2007-Ohio-6122.

2007–2458.  State v. Reynolds.
Richland App. No. 06CA101, 2007-Ohio-6473.

2008–0001.  Marshall v. Colonial Ins. Co. of California.
Trumbull App. No. 2007–T–0013, 2007-Ohio-6248.
  O'Donnell, J., dissents.

2008–0003.  State v. Copeland.
Butler App. No. CA2007–02–039, 2007-Ohio-6168.

2008–0004.  State v. Leach.
Hamilton App. No. C–070136.

2008–0006.  State ex rel. Dann v. Norton Environmental Co.
Wayne App. No. 07CA0009, 2007-Ohio-6148.
  O'Donnell, J., dissents.